LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
          cahill@longyearlaw.com

Attorneys for Defendant,
COUNTY OF SACRAMENTO
(erroneously sued herein as "Sacramento County
Sheriff's Department")

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JW GEIGER,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br>SACRAMENTO COUNTY SHERIFF'S<br>DEPARTMENT and DOES 1 through 100,<br>inclusive,<br><br>      Defendants. | Case No.: 2:22-CV-00043-JAM-DB<br><br>**STIPULATION AND ORDER<br>CONSOLIDATING CASES FOR ALL<br>PURPOSES** |
| YAPHETTE GEIGER; JETHRO GEIGER;<br>K.S., a minor, by and through their Guardian,<br>BRANDIE SMITH; K.G., a minor, by and<br>through their Guardian, BRANDI SMITH; and<br>N.G., a minor, by and through their Guardian,<br>ASIA LEE HERON,<br><br>      Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br>SACRAMENTO COUNTY SHERIFF'S<br>DEPARTMENT and DOES 1 through 100,<br>inclusive,<br><br>      Defendants. | Case No.: 2:22-CV-00045-JAM-DB |

Defendant County of Sacramento ("Defendant") and Plaintiffs Yaphette Geiger; Jethro

Geiger; K.S., by and through their Guardian Brandie Smith; K.G. by and through their Guardian

Brandie Smith; and N.G. by and through their Guardian Asia Lee Heron, and JW Geiger ("Plaintiffs"), by and through their respective counsel, hereby stipulate and agree as follows, and request that this Court order as follows:

IT IS HEREBY AGREED AND STIPULATED THAT:

1.      Pursuant to FRCP 42(a) the above-captioned matters involve common questions of law and fact and consolidating the actions would avoid unnecessary costs, inconsistent verdicts, delays, and advance the interest of judicial economy;

2.      The above-captioned actions should be consolidated for all purposes into one action and will be referenced as case number: 2:22-cv-00043-JAM-DB;

3.      Plaintiffs to file a consolidated complaint within 45 days of the Court's order consolidating the two cases.

Dated: March 3, 2022                LONGYEAR & LAVRA, LLP


                                    By: /s/ Nicole M. Cahill_____
                                        VAN LONGYEAR
                                        NICOLE M. CAHILL
                                        Attorneys for Defendant,
                                        COUNTY OF SACRAMENTO

Dated: March 3, 2022                MOSLEY & ASSOCIATES


                                    By: /s/ Nathalie Meza Contreras [as authorized 3-1-22]
                                        Walter Mosley, Esq.
                                        Carlos E. Montoya, Esq.
                                        Nathalie Meza Contreras, Esq.
                                        Attorneys for Plaintiffs

1

## **<u>ORDER</u>**

2       The above stipulation having been considered and good cause appearing therefore, **IT IS**

3   **SO ORDERED.**

4

5   DATED:  March 7, 2022                /s/ John A. Mendez

6                                 THE HONORABLE JOHN A. MENDEZ

7                                 UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28