LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Denny Yu, CSB No.: 345213
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
cahill@longyearlaw.com
yu@longyearlaw.com

Attorneys for Defendant,
COUNTY OF SACRAMENTO
(erroneously sued herein as "Sacramento County Sheriff's Department")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| YAPHETTE GEIGER; JETHRO GEIGER; K.S., a minor, by and through their Guardian, BRANDIE SMITH; K.G., a minor, by and through their Guardian, BRANDI SMITH; and N.G., a minor, by and through their Guardian, ASIA LEE HERON; and JW GEIGER<br><br>        Plaintiffs<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 2:22-CV-00043-JAM-DB<br><br>***AMENDED*** JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER |

Plaintiffs Yaphette Geiger; Jethro Geiger; K.S., by and through their Guardian Brandi Smith; K.G. by and through their Guardian Brandi Smith; and N.G. by and through their Guardian Asia Lee Heron, and JW Geiger (hereinafter "Plaintiffs") and Defendant COUNTY OF SACRAMENTO (hereinafter "Defendants"), by and through their counsel of record (collectively "Parties"), hereby stipulate and request that the Court continue discovery and the pre-trial

deadlines in this matter. Pursuant to the current scheduling order (ECF No. 16), the current schedule is as follows:

- Expert Disclosure:	June 27, 2023
- Supplemental Expert Disclosure:	July 27, 2023
- Discovery Cutoff:	September 25, 2023
- Dispositive Motion Deadline:	November 17, 2023
- Hearing on Dispositive Motions:	January 23, 2024
- Pretrial Conference:	March 1, 2024
- Trial:	April 15, 2024

The parties in this case request an extension of all deadlines by approximately sixty days. Accordingly, the respective deadlines would be as follows:

- Expert Disclosure:	September 29, 2023
- Supplemental Expert Disclosure:	October 13, 2023
- Discovery Cutoff:	November 24, 2023
- Dispositive Motion Deadline:	January 19, 2024
- Hearing on Dispositive Motions:	March 26, 2024 at 1:30 p.m.
- Pretrial Conference:	May 17, 2024 at 10:00 a.m.
- Trial:	July 1, 2024 at 9:00 a.m.

A scheduling order may only be modified upon a showing of good cause and by leave of court. Fed. R. Civ. Proc. 6(b)(1)(A); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). In considering whether a party moving for a schedule modification has good cause, district courts primarily focus on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609. Here, the parties have exchanged initial Rule 26 disclosures, consisting of over one thousand pages of documents, photos, witness statements, and hours of video and audio footage, including surveillance video depicting portions of the incident. After review of disclosures, the parties opted to attempt to resolve the matter before engaging in costly discovery. Those efforts have failed to yield successful results. Defendants have noticed the depositions of the Plaintiffs for April; however, Plaintiffs' counsel has represented they are

unavailable for deposition in the next few weeks.  Defendant requires the deposition of the Plaintiffs prior to expert disclosures so that there is ample time for the court reporter to complete the transcript and Defendant's expert to review said transcripts.  Additionally, Plaintiffs' counsel has indicated an intent to file a motion to withdraw as counsel.  The parties believe a brief extension of the current scheduling order is warranted under the circumstances.  The parties do not believe the requested extension will prejudice any party.

   For these reasons, good cause exists to modify the scheduling order as outlined above.

Dated: April 25, 2023   LONGYEAR & LAVRA, LLP


            By: /s/ Nicole M. Cahill
              VAN LONGYEAR
              NICOLE M. CAHILL
              DENNY YU
              Attorneys for Defendant,
              COUNTY OF SACRAMENTO

Dated: April 25, 2023   MOSLEY & ASSOCIATES


            By: /s/ Nathalie Meza Contreras [as authorized 4-24-23]
              Walter Mosley, Esq.
              Carlos E. Montoya, Esq.
              Nathalie Meza Contreras, Esq.
              Attorneys for Plaintiffs

# ORDER

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

| Event | Current Schedule | New Schedule |
|---|---|---|
| Expert Disclosure | June 27, 2023 | September 29, 2023 |
| Supplemental Expert Disclosure | July 27, 2023 | October 13, 2023 |
| Discovery Cutoff | September 25, 2023 | November 24, 2023 |
| Dispositive Motion Deadline | November 17, 2023 | January 19, 2024 |
| Dispositive Motion Hearing | January 23, 2024 | March 26, 2024 at 1:30 p.m. |
| Pretrial Conference | March 1, 2024 | May 17, 2024 at 10:00 a.m. |
| Trial | April 15, 2024 | July 1, 2024 at 9:00 a.m. |

Dated:  April 25, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE