LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Denny Yu, CSB No.: 345213
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
         cahill@longyearlaw.com
         yu@longyearlaw.com

Attorneys for Defendant,
COUNTY OF SACRAMENTO
(erroneously sued herein as "Sacramento County
Sheriff's Department")

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| YAPHETTE GEIGER; JETHRO GEIGER; K.S., a minor, by and through their Guardian, BRANDIE SMITH; K.G., a minor, by and through their Guardian, BRANDI SMITH; and N.G., a minor, by and through their Guardian, ASIA LEE HERON; and JW GEIGER<br><br>    Plaintiffs<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:22-CV-00043-JAM-DB<br><br>**REQUEST FOR STATUS CONFERENCE** |

        Defendants wish to discuss generally with the Court how to proceed forward with this
matter. Plaintiffs' counsel represented to Defendants on multiple occasions since April of 2023
of their intent to file a motion to withdraw as counsel, necessitating modification to the
scheduling order.  (*See* ECF Nos. 20, 21, 23, 32.)  However, to date, Plaintiffs' counsel has yet to
file such a motion. Dispositive motions are currently due on January 19, 2024. Defendants
believe that this issue must be addressed before dispositive motions are filed to avoid
unnecessary delays and duplication of work in this case.

Therefore, Defendants hereby respectfully request that a status conference be held in the above-captioned matter at the earliest practicable date.

Dated: December 19, 2023          LONGYEAR & LAVRA, LLP


By: /s/ Nicole M. Cahill

VAN LONGYEAR
NICOLE M. CAHILL
DENNY YU
Attorneys for Defendant,
COUNTY OF SACRAMENTO