UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAPHETTE GEIGER, et al., | No. 2:22-cv-00043-TLN-SCR |
| Plaintiffs, | |
| v. | **ORDER** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiffs Yaphette Geiger, Jethro Geiger, K.S., K.G., N.G., and JW Geiger (collectively, Plaintiffs") are proceeding *pro se*, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 12, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiffs and which contained notice to Plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 49.)  Plaintiffs have not filed objections to the findings and recommendations.

Although it appears from the file that Plaintiffs' copy of the findings and recommendations was returned, Plaintiffs were properly served.  It is Plaintiffs' responsibility to keep the Court apprised of a current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed November 12, 2024 (ECF No. 49), are ADOPTED IN FULL;

2.  Defendant's Motion to Dismiss (ECF No. 47) is GRANTED and the action is DISMISSED without prejudice; and

3.  The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Date: January 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE