# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **YAPHETTE GEIGER , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:22−CV−00043−TLN−SCR** |
| **COUNTY OF SACRAMENTO , ET AL. ,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 01/27/25 .**

ENTERED:  **January 27, 2025**     /s/  **Keith Holland**
                                            Clerk of Court